**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:	(406) 657-6101
FAX:	(406) 657-6989
Email:	Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

Et  MAR 2 2 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY ADAM KILWEIN,<br><br>Defendant. | CR 18-41-BLG-SPW<br><br>INDICTMENT<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><br>CRIMINAL FORFEITURE<br>21 U.S.C. § 853<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

That on or about March 1, 2018, at Billings, in Yellowstone County, in the

State and District of Montana, the defendant, GREGORY ADAM KILWEIN,

1

knowingly and unlawfully possessed with the intent to distribute 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

FORFEITURE ALLEGATIONS

If convicted of the offense charged in this indictment, the defendant, GREGORY ADAM KILWEIN, shall forfeit to the United States, pursuant to 21 U.S.C. § 853: (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of offenses; and (2) any property used, and intended to be used, in any manner and part, to commit and facilitate the commission of the offense. Said property includes, but is not limited to, $30,350 in United States currency.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X (State)
Bail: _____

2